FILED
SUPERIOR COURT
OF GUAM

2014 JUL 10 PM 3: 49

CLERK OF COURT
BY:_____

## IN THE SUPERIOR COURT OF GUAM

JACOB DOWDELL, JR.,

                    **Plaintiff,**

      vs.

RICHELLE ANNETTE SCOTT-
DOWDELL,

            **Defendant.**

)
)
)
)
)
)
)
)
)
)
)
)
)

**DOMESTIC CASE NO. DM836-11**

**DECISION AND ORDER**

Order to Show Cause Re: Attorney's Fees

## INTRODUCTION

This matter came before the Honorable Anita A. Sukola on April 8, 2014 upon Jacob Dowdell, Jr.'s ("Plaintiff") Order to Show Cause Re: Attorney's Fees. Plaintiff was represented by Daniel S. Somerfleck, Esq. Richelle Annette Scott-Dowdell ("Defendant") was represented by Ronald P. Moroni, Esq. The Court took the matter under advisement on the submission of briefs. Upon review of the written arguments and legal authorities presented by both parties, the Court issues its Decision and Order **DENYING** Plaintiff's request for attorney's fees.

## BACKGROUND

A divorce was granted to Plaintiff from Defendant on the grounds of irreconcilable differences on March 2, 2012. An Interlocutory Judgment of Divorce incorporated terms of a Marital Settlement Agreement entered into by the parties on January 16, 2012. *See Interlocutory Judgment of Divorce* (Mar. 2, 2012). A Final Decree of Divorce was also executed on March 2, 2012.

On October 1, 2013, Plaintiff filed an *Ex Parte* Motion for Order to Show Cause Re: Contempt and Memorandum of Points and Authorities. An Order to Show Cause Re: Contempt

was executed on October 10, 2013, setting a hearing on said motion for October 29, 2013. A Second Re-Issuance Order to Show Cause Re: Contempt was executed on November 14, 2013, setting the matter for November 19, 2013. On November 19, 2013, Ronald P. Moroni, Esq. entered an appearance on behalf of the Defendant. As a result, additional time was requested by Defendant.

On April 8, 2014, the Court took the matter under advisement on the submission of briefs relative to attorney's fees.

## DISCUSSION

Plaintiff is seeking attorney's fees for enforcing provisions of a previous Interlocutory Judgment of Divorce. Plaintiff bases his right to such fees on allegations that Defendant was in contempt for not making a mortgage payment as agreed to and incorporated in the Interlocutory Judgment of Divorce. It has since been represented to the Court that the mortgage issue was resolved.

"The elements of contempt are generally: '1) a valid order, 2) knowledge of the order, 3) ability to comply with the order, and 4) willful failure to comply with the order.'" *Rodriguez v. Rodriguez*, 2003 Guam 8 ¶ 15 (citing *In re Ivey*, 102 Cal.Rptr.2d 447, 451 (Cal.Ct.App.2000)). "However, where the order is a family law order for payment of support or attorney fees, and the family law court has already determined the alleged contemner's [sic] ability to pay the underlying order, ability to comply with the order is not an element of the contempt." *Id*. "Instead, the inability to pay is an affirmative defense." *Id*.

In review of this matter, the Court recognizes that certain elements of contempt may be met. However, no Order to Show Cause hearing took place. Likewise, no finding of contempt

against the Defendant was ever made. Accordingly, the Court DENIES Plaintiff's request for attorney's fees.

## CONCLUSION

By preponderance of the evidence and based on the foregoing reasons, the Court **DENIES** Plaintiff's Request for Attorney's Fees.

**SO ORDERED** this ⎯io⎯ th day of JULY, 2014.


⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
HONORABLE ANITA A. SUKOLA
Judge, Superior Court of Guam

**SERVICE VIA COURT BOX**
I acknowledge that a copy of the original hereto was placed in the court box of:
Somerfleck & Moroni
Date: 7/10/14  Time: 4pm
Deputy Clerk, Superior Court of Guam